IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTORIA GEIST, Mother and** | : | **CIVIL ACTION** |
| **Natural Guardian of Keshana Wilson,** | : | |
| **A Minor,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 11-07532 |
| | : | |
| **JASON AMMARY, ET AL.,** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 20th day of December, 2012, upon consideration of Defendants' Motion to Dismiss (Doc. No. 8), and all Responses and Replies thereto, it is hereby **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants' motion to dismiss Count I of the Complaint is **GRANTED**;

2. Defendants' motion to dismiss Count II of the Complaint is **GRANTED**; and

3. Defendants' motion to dismiss Counts III and IV of the Complaint is **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.