# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTORIA GEIST, Mother and** | : | **CIVIL ACTION** |
| **Natural Guardian of Keshana Wilson,** | : | |
| **A Minor,** | : | |
|        **Plaintiff,** | : | |
| | : | |
|        **v.** | : | **NO. 11-07532** |
| | : | |
| **JASON AMMARY, ET AL.,** | : | |
|        **Defendants.** | : | |

## O R D E R

**AND NOW**, this 21st day of August, 2014, upon consideration of defendants' motion for summary judgment (Doc. No. 65) and all responses thereto, it is hereby **ORDERED** that the motion is **DENIED**, as explained in the accompanying memorandum.

                                    BY THE COURT:


                                    /s/Lawrence F. Stengel
                                    LAWRENCE F. STENGEL, J.