IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTORIA GEIST, Mother and** : | | **CIVIL ACTION** |
| **Natural Guardian of Keshana Wilson,** : | | |
| **A Minor,** : | | |
| Plaintiff, : | | **NO. 11-07532** |
| : | | |
| v. : | | |
| : | | |
| **JASON AMMARY, ET AL.,** : | | |
| Defendants. : | | |

**O R D E R**

**AND NOW**, this 6th day of October 2014, upon consideration of defendants' motion for reconsideration of the Court's September 9, 2014 Order granting plaintiff's motion to quash subpoena (Doc. No. 81) and plaintiff's response thereto (Doc. No. 82), and in accordance with the accompanying memorandum, it is hereby **ORDERED** that:

1) The defendants may serve a subpoena *ad testificandum* on Ms. Carissa Thomas within **thirty (30)** days of the date of this Order.

2) The defendants may depose Ms. Carissa Thomas within **sixty (60) days** of the date of this Order.

3) Within **five (5) days** of the date of this Order the plaintiff shall provide the defendants with any contact information for Ms. Carissa Thomas the plaintiff may have.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.